UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DARNELL LAMAR HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CV418-040 |
| | ) | |
| AARON MCKIE, JOHN P. MORRIS, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the R&R is ADOPTED, and Detective Aaron McKie is DISMISSED from the case.

ORDER ENTERED at Augusta, Georgia, this 8th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA