# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DARNELL LAMAR HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV418-040 |
| JOHN P. MORRIS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Defendant's motions to amend the scheduling order and to depose an incarcerated individual, docs. 25 & 28, are **GRANTED**.

Chatham County Detention Center shall make the Plaintiff available for deposition in this civil action in the manner in which other depositions are generally held at such facility. The discovery and motions deadlines in this case are hereby extended by forty-five (45) days. The new deadlines in this action are as follows:

a. Close of Discovery: June 21, 2019.

b. Last Day to file Motions excl. Motions *in limine*: July 22, 2019.

**SO ORDERED,** this __2nd__ day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA