# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DARNELL LAMAR HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-040 |
| | ) | |
| JOHN P. MORRIS, CNT AGENTS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Darnell Lamar Harris, *pro se* and *in forma pauperis*, has filed motions to produce documents and answer interrogatories with the Court, seeking discovery materials from defendants. Doc. 32. No Certificate of Service is enclosed representing that defendants were actually served with this request as required by the Federal Rules of Civil Procedure (by which even *pro se* litigants must abide). If Harris wishes to serve discovery on defendants, he must do so pursuant to the Federal Rules of Civil Procedure — meaning, any discovery requests are mailed *to the party* (or that party's attorney) from whom he seeks that discovery. *See* Fed. R. Civ. P. 5(b) (describing procedure for service). The United States Marshal Service is not needed for this purpose. Discovery requests are *not* filed with the

Court. Fed. R. Civ. P. 5(d) (initial disclosures and discovery requests/responses are *not* filed until they are used for a motion or the court orders them to be filed). The Court will *not* order defendants to produce discovery materials absent a showing of good faith, meaningfully meet and confer efforts. And to do that, plaintiff must serve his discovery requests *on defendants*.

**SO ORDERED**, this __10th__ day of June, 2019.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA