**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

DARNELL LAMAR HARRIS,

    Plaintiff,

v.

JOHN P. MORRIS, Task Force Detective, et al.,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-40

**O R D E R**

After a careful, *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 43). Plaintiff did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Detective Morris's motion for summary judgment, (doc. no. 34), **DIRECTS** the Clerk to **ENTER** final judgment in his favor, **DISMISSES** without prejudice Plaintiff's claims against the John Doe Defendants for failure to timely effect service, **DISMISSES** all John Doe Defendants from this case, **CLOSES** this civil action, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 11th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA