# United States District Court
## Southern District of Georgia

DARNELL LAMAR HARRIS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-40

JOHN P. MORRIS, Task Force Detective, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 11, 2020, granting Defendant's motion for summary judgment, judgment is hereby entered in favor of Defendant Morris and against Plaintiff. Plaintiff's is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

March 17, 2020 | Scott L. Poff
*Date* | *Clerk*

*(By) Deputy Clerk*